Mildred B. Themar, Plaintiff-Appellee, v. John Drais Themar, Defendant-Appellant.

Gen. No. 48,079.

First District, Third Division.
November 23, 1960.

Irving
Goodman and Landon L. Chapman, of Chicago, for appellant;
George A. Behling, Jr., of Chicago, for appellee. Opinion by JUS-
TICE DEMPSEY. Not to be published in full.